**HARLAND W. BRAUN, ESQ.**
California State Bar No. 41842
1880 Century Park East, Suite 710
Los Angeles, California 90067-1608
Telephone: (310) 277-4777
Facsimile: (310) 277-4045
E-mail: harland@braunlaw.com
Attorney for Defendant HOWARD J. AWAND

**JAMES A. ORONOZ, ESQ.**
Nevada State Bar No. 6769
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (866) 943-6081
Facsimile: (702) 474-1320
E-mail: jim@oronozlawyers.com
Attorney for Defendant LINDA M. AWAND

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD J. AWAND, and LINDA M. AWAND,<br><br>Defendants. | CASE NO. 2:08-CR-108-KJD-LRL<br><br>ORDER |

GOOD CAUSE APPEARING, Defendants Howard and Linda Awands' Reply to the Government's Opposition to Defendants' Motion for Release Pending Appeal which was due on July 6, 2010, may be filed anytime on or before July 9, 2010.

IT IS SO ORDERED.

Date: 7/7/10

_____
KENT J. DAWSON, Judge
UNITED STATES DISTRICT COURT

ORDER