IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-108-KJD-LRL |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| HOWARD J. AWAND, and LINDA M. AWAND, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, the surrender date for Howard and Linda Awand is changed from July 24, 2010, to August 7, 2010.

IT IS SO ORDERED.

DATED: JULY 22, 2010

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE