RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Ave., Suite 380
Las Vegas, NV 89102
Telephone:      (702) 362-7800
Direct:         (702) 889-7752
Facsimile:      (702) 362-9472

GARY OWEN CARIS (SBN 88918)
E-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
E-mail:  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071
Telephone:      (213) 688-1000
Facsimile:      (213) 243-6330

Attorneys for Receiver
ROBB EVANS & ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOWARD J. AWAND and LINDA AWAND,<br><br>　　　　　Defendants. | CASE NO.  2:08-CR-108-KJD-LRL<br><br>**ORDER AUTHORIZING RECEIVER TO SELL FREE AND CLEAR OF LIENS THE REAL AND PERSONAL PROPERTY LOCATED AT 94 TABER HILL ROAD, STOWE, VERMONT BY PRIVATE SALE  AND FOR RELATED ORDERS**<br><br>Date:　　March 22, 2011<br>Time:　　9:00 a.m.<br>Place:　　 Courtroom 6D |

The matter of the Motion for Order Authorizing Receiver to Sell Free and Clear of Liens the Real and Personal Property Located at 94 Taber Hill Road, Stowe, Vermont by Private Sale and for Related Orders ("Sale Motion") filed by Robb Evans & Associates LLC, the receiver ("Receiver") over all assets of Howard Awand and Linda Awand ("Receivership Defendants"), came on for hearing at the above-referenced date, time and place before the Honorable Kent J.

1  Dawson, United States District Judge presiding.  Gary Owen Caris of McKenna Long & Aldridge
2  LLP appeared on behalf of the Receiver; Roger W. Wenthe, Assistant United States Attorney,
3  appeared on behalf of plaintiff United States of America, and no other appearances were made
4  despite due and proper notice of the hearing.  The Court having reviewed and considered the Sale
5  Motion and all pleadings and papers filed in support thereof, and having reviewed and considered
6  responses and opposition, if any, to the Sale Motion, and having heard the arguments of counsel,
7  and good cause appearing therefor,

8      IT IS ORDERED that:

9      1.    The Sale Motion and all relief sought therein is hereby granted; and

10      2.    Without limiting the generality of the foregoing:

11      A.    The Receiver is authorized to sell the real property located at 94 Taber Hill Road,
12  Stowe, Vermont and legally described in Exhibit A hereto and the personal property located at
13  that property ("Stowe Property") as provided in the Purchase and Sale Contract dated as of
14  December 21, 2010, and all related agreements, amendments, addendums and disclosures
15  executed or to be executed by the parties, including but not limited to the Lead Based Paint
16  Addendum, Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards, and
17  Property Inspection Contingency Addendum II (collectively the "Sale Contract") between the
18  Receiver as Seller and Michael Loughran and Jill Loughran as Purchasers ("Purchasers") attached
19  as Exhibit 2 to the Declaration of M. Val Miller ("Miller Declaration") filed in support of the Sale
20  Motion pursuant to the terms, provisions and conditions of the Sale Contract for a purchase price
21  of $1,650,000;

22      B.    The Receiver is authorized to sell the Stowe Property pursuant to the Sale Contract
23  pursuant to modified sale procedures under 28 U.S.C. §§ 2001 and 2004 without further notice,
24  hearing, opportunity for overbidding or order of the Court other than this Order and the sale of the
25  Stowe Property pursuant to the Sale Motion is hereby confirmed without further notice, hearing
26  or order;

27      C.    The Receiver is authorized to execute all documents and instruments necessary or
28  convenient to complete, implement, effectuate and close the sale of the Stowe Property under the

terms and conditions of the Sale Contract, including such additional documents, addenda and/or modifications of the Sale Contract as the Receiver deems necessary or appropriate to complete the sale so long as they do not materially vary the Sale Contract;

    D.    The Receiver is authorized to sell the Stowe Property free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances to attach to the proceeds of sale of the Stowe Property to the same extent and with the same validity, amount and priority as they existed against the Stowe Property as of the closing except as follows:

    (1)    The Receiver is authorized to permit and/or cause to be paid from the proceeds of sale all of the following at the closing:

    (a)    All ordinary and customary closing costs and expenses required to be paid under the terms of the Sale Contract;

    (b)    All commissions provided for in the Sale Contract and in that certain Exclusive Right to Market Property Agreement between the Receiver and Pall Spera Company Realtors LLC dated December 9, 2010 attached as Exhibit 1 to the Miller Declaration anticipated to be in the amount of $82,500;

    (c)    All fees and expenses of the Receiver's real estate/closing attorney Darby Stearns Thorndike Kolter & Ware, LLP ("Thornike Firm") incurred in connection with the sale of the Stowe Property;

    (d)    The first priority liens of the Town of Stowe, Vermont for general real estate taxes and electric utility service, in the estimated aggregate sum of approximately $54,000;

    (e)    The first priority mortgage deed in favor of Bank of America, successor by merger or acquisition to Countrywide Bank, FSB, junior only to the liens for real estate taxes and electric utility service, with an estimated outstanding principal balance due of approximately $500,000; and

    (f)    The sum of $45,000 on account of the second priority mortgage deed executed in favor of Stackpole & French Law Office ("Stackpole Firm"), former counsel for Howard Awand and Linda Awand ("Awands"), which payment shall by agreement of

1  compromise with the Stackpole Firm be made in full satisfaction of all claims, demands, debts
2  and obligations of the Awands owed to the Stackpole Firm, including without limitation those
3  secured by said mortgage, and the Court hereby approves the foregoing payment as a fair and
4  reasonable compromise and settlement of this disputed mortgage lien by the Receiver;

5  (2) After payment of the liens set forth in paragraph 2.D.(1) above, the
6  remaining proceeds of sale shall be subject to a first priority lien and charge in favor of the
7  receivership estate for the payment of all expenses of administration of the receivership estate,
8  including but not limited to (a) all fees and expenses of preservation and administration of the
9  receivership assets, including without limitation expenses for insurance and utilities; and (b) all
10 fees and expenses of the Receiver, Receiver's members, Receiver's staff, and Receiver's counsel
11 incurred in the administration of the estate, and the Receiver shall be authorized to use and
12 expend the proceeds of sale of the Stowe Property to pay all such fees and expenses of
13 administration from such sale proceeds without further order of the Court other than the fees and
14 expenses of the Receiver, Receiver's members and Receiver's counsel which shall be paid only
15 after a noticed motion by the Receiver seeking approval and authorization for payment thereof;

16 (3) The Receiver shall cause to be paid at closing to the State of Vermont
17 Department of Taxes, in full satisfaction of the claims of the State of Vermont Department of
18 Taxes against property of the receivership estate, an amount that is the greater of (i) the sum of
19 $150,000, and (ii) a sum representing 25% of the proceeds of sale remaining after payment and/or
20 reserve for payment of the items described in paragraphs 2.D.(1) and 2.D.(2) above;

21 E. The Receiver shall hold in the receivership estate all remaining proceeds of sale in
22 excess of the sums provided to be paid or used pursuant to paragraph 2.D.(1), 2.D.(2) and 2.D.(3)
23 above ("Remaining Proceeds"), and all liens, claims and encumbrances against the Stowe
24 Property other than as set forth in paragraph 2.D. above, including without limitation the liens of
25 the United States pursuant to multiple tax assessments and multiple Notices of Lien for Fine
26 and/or Restitution in connection with the judgment in favor of the United States issued herein and
27 the recorded Notice of Indictment, and of the IRS based on a Notice of Federal Tax Lien, and the
28 mechanic's, laborer's and/or materialmen's liens asserted by Chimney Works, Inc., Ultramar

1  Energy, Inc., and Bourne's Inc., shall attach to the Remaining Proceeds to the same extent and
2  with the same validity, amount and priority as they exist against the Stowe Property as of the
3  closing; and
4      F.    Notice of the Sale Motion provided by the Receiver by service of the notice of
5  hearing on the Sale Motion on all known creditors of the estate and other interested parties is
6  approved as sufficient to provide notice and an opportunity for hearing under the circumstances.

Dated: 3/23/11

_____
KENT J. DAWSON
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

LA:17821845.1

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On March 22, 2011, I served the **[MODIFIED PROPOSED] ORDER AUTHORIZING RECEIVER TO SELL FREE AND CLEAR OF LIENS THE REAL AND PERSONAL PROPERTY LOCATED AT 94 TABER HILL ROAD, STOWE, VERMONT BY PRIVATE SALE AND FOR RELATED ORDERS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 22, 2011 at Los Angeles, California.

/s/ Pamela A. Coates
Pamela A. Coates

# SERVICE LIST

The following CM/ECF participants were served by electronic means on March 22, 2011:

| | |
|---|---|
| Adam H. Braun | adam@braunesquire.com |
| Harland W. Braun | harland@braunlaw.com, january@braunlaw.com |
| Gary Owen Caris | gcaris@mckennalong.com; pcoates@mckennalong.com |
| Nicholas D. Dickinson | nicholas.dickinson@usdoj.gov, melissa.taylor3@usdoj.gov, jackie.peltier@usdoj.gov |
| Lesley Anne Hawes | lhawes@mckennalong.com; pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Steven W. Myhre | steven.myhre@usdoj.gov, jean.j.umland@usdoj.gov |
| Kathryn C. Newman | kathryn.newman@usdoj.gov, william.foley@usdoj.gov, jackie.peltier@usdoj.gov, elaine.wollery@usdoj.gov |
| James A. Oronoz | jimoronoz@gmail.com, aliciaoronoz@gmail.com |
| Paul S. Padda | paul.padda@usdoj.gov, eunice.jones@usdoj.gov, judith.richardson@usdoj.gov, doriayn.olivarra@usdoj.gov, mary.booker@usdoj.gov |
| Roger W. Wenthe | roger.wenthe@usdoj.gov, mary.booker@usdoj.gov |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 22, 2011:

| | |
|---|---|
| Bank of America<br>c/o Alliance One<br>POB 3101<br>Southeastern, PA  19398-3101 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Bank of America<br>POB 15710<br>Wilmington, DE  19886-5710 | Bank of America<br>c/o First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV  89434-6695 |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 7 -

LA:17821845.1

| | | |
|---|---|---|
| 1 | CA Board of Equalization<br>450 N Street , MIC 55<br>Sacramento, CA  95814 | Bournes Inc<br>POB 547<br>Morrisville, VT  05661-0547 |
| 2 | | |
| 3 | California Franchise Tax Board<br>Special Procedures-BE Bankruptcy<br>MSA-345<br>P. O. Box 2952<br>Sacramento, CA  95812-2952 | California Employment Development<br>Department<br>Bankruptcy Group<br>PO Box 826880<br>Sacramento, CA  94280-0001 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Chimney Works, Inc.<br>POB 33<br>Plainfield, VT  05667-0033 | California Secretary of State<br>Business Entities<br>1500 11th Street<br>Sacramento, CA  95814 |
| 8 | | |
| 9 | | |
| 10 | Countrywide Home Loans<br>POB 660625<br>Dallas, TX  75266-0625 | Countrywide Home Loans, Inc.<br>Bankruptcy Department<br>7105 Corporate Drive<br>Mail Stop PTX-C-35<br>Plano, TX  75024-4100 |
| 11 | | |
| 12 | | |
| 13 | Countrywide Home Loans, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA  30076-2102 | Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| 14 | | |
| 15 | | |
| 16 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204-2273 | State of California<br>Franchise Tax Board<br>POB 1237<br>Rancho Cordova, CA  95741-1237 |
| 17 | | |
| 18 | | |
| 19 | Internal Revenue Service<br>300 N Los Angeles Street<br>Mail Stop 5117<br>Los Angeles, CA  90012 | Vermont Department of Taxes<br>133 State Street<br>P.O. Box 429<br>Montpelier, VT  05601-0429 |
| 20 | | |
| 21 | | |
| 22 | Pat Householder, Controller<br>Stowe Electric Department<br>P.O. Box 190<br>Stowe, VT 05672 | William S. Baker, Esq.<br>P.O. Box 429<br>133 State Street<br>Montpelier, VT 05601 |
| 23 | | |
| 24 | | |
| 25 | Ed French, Esq.<br>Stackpole & French<br>POB 819<br>255 Maple St<br>Stowe, VT  05672-4399 | Ultramar Energy, Inc.<br>512 Brooklyn St<br>Morrisville, VT  05661-8512 |
| 26 | | |
| 27 | | |
| 28 | | |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 8 -

LA:17821845.1

| | | |
|---|---|---|
| 1 | Vermont Dept. of Taxes | Stowe Electric Department |
| 2 | P.O. Box 429<br>Montpelier, VT  05601-0429 | P.O. Box 190<br>Stowe, VT 05672 |

      The following non-CM/ECF participant was served by first-class mail, postage prepaid, and electronic mail, on March 22, 2011:

    Will Baker
    Assistant Attorney General
    109 State Street
    Montpelier, VT  05609-1001
    E-mail:  will.baker@state.vt.us

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 9 -

LA:17821845.1