RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:     (702) 362-7800
Direct:              (702) 889-7752
Facsimile:       (702) 362-9472

GARY OWEN CARIS (SBN 88918)
E-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
E-mail: lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071
Telephone:     (213) 688-1000
Facsimile:       (213) 243-6330

Attorneys for Receiver
ROBB EVANS & ASSOCIATES LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>HOWARD J. AWAND and LINDA AWAND,<br><br>              Defendants. | CASE NO. 2:08-CR-108-KJD-LRL<br><br>**[PROPOSED] ORDER DETERMINING CLAIMS ON THE PROCEEDS FROM THE SALE OF REAL AND PERSONAL PROPERTY**<br><br>Date:      October 18, 2011<br>Time:     9:00 a.m.<br>Place:    Courtroom 6D |

The matter of the Motion for Order Determining Claims on the Proceeds from the Sale of Real and Personal Property ("Motion") concerning the proceeds of sale of property previously owned by Howard J. Awand and Linda Awand ("Receivership Defendants") located at 94 Taber Hill Road, Stowe, Vermont ("Stowe Property") and 503 West Market Street, Vevay, Indiana ("503 West Market Property) and the personal property previously owned by the Receivership Defendants located at the 503 West Market Property and at 806 West Market Street, Vevay,

1  Indiana ("806 West Market Property") filed by Robb Evans & Associates LLC, the receiver
2  ("Receiver") over all assets of Howard Awand and Linda Awand, came on for hearing at the
3  above-referenced date, time and place before the Honorable Kent J. Dawson, United States
4  District Judge presiding. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on
5  behalf of the Receiver; Roger W. Wenthe, Assistant United States Attorney, appeared on behalf
6  of plaintiff United States of America and other appearances, if any, were made as noted in the
7  record at the hearing. The Court having reviewed and considered the Motion and all pleadings
8  and papers filed in support thereof, and having reviewed and considered responses and
9  opposition, if any, to the Motion, and having heard the arguments of counsel, and good cause
10 appearing therefor,

11  IT IS ORDERED that:

12  1. The Motion and all relief sought therein is hereby granted; and

13  2. Without limiting the generality of the foregoing:

14  A. Bank of America's claim to $83,573.61 in funds held by the Receiver from the
15 sale of the Stowe Property subject to the lien of Bank of America is disallowed, Bank of
16 America's claim and lien secured by the Stowe Property and its proceeds are deemed satisfied in
17 full based on the payment made to Bank of America at close of escrow in the sum of
18 $623,508.36, and the $83,573.61 in Stowe Property sale proceeds held by the Receiver for Bank
19 of America is hereby free of any further claim, lien or interest of Bank of America;

20  B. The three mechanic's, materialmen's and/or laborer's liens recorded by Chimney
21 Works, Inc. in the amount of $2,072.93 (recorded March 19, 2007), Bourne's Inc. in the amount
22 of $9,659.05 (recorded March 28, 2008), and Ultramar Energy, Inc. in the amount of $5,616.40
23 (recorded March 25, 2008) (individually and collectively "Mechanic's Liens") do not constitute
24 valid encumbrances against the Stowe Property, such Mechanic's Liens are hereby deemed
25 invalid against the proceeds from the sale of the Stowe Property, and the remaining proceeds of
26 sale of the Stowe Property held by the Receiver are hereby free of any further claim, lien or
27 interest based on the Mechanic's Liens;

28

1    C.    The liens of the State of Indiana pursuant to multiple State Tax Warrants, including but not limited to Indiana State Tax Warrants No. 08073429 in the amount of $1,928.89 filed on August 30, 2010, No. 08073430 in the amount of $14,736.37 filed on August 30, 2010, No. 08132064 in the amount of $11,376.62 filed on October 6, 2010, and No. 08132224 in the amount of $137.31 filed on October 6, 2010 (collectively the "Indiana State Tax Liens") against the 503 West Market Property are disallowed as liens against the proceeds of sale of the 503 West Market Property and are hereby deemed unsecured claims against the receivership estate;

D.    To the extent that the State of Indiana asserts the Indiana State Tax Liens constitute liens against the proceeds of the sale of the personal property located at the 503 West Market Property and the 806 West Market Property (the "Vevay Personal Property"), the Indiana State Tax Liens are disallowed as liens against the proceeds of sale of the Vevay Personal Property and are deemed unsecured claims against the receivership estate; and

E.    Notice of the Motion provided by the Receiver by service of the notice of hearing on the Motion on all known creditors of the estate, including but not limited to those whose claims are addressed in the Motion, and other interested parties is approved as sufficient to provide notice and an opportunity for hearing under the circumstances.

Dated: October 18, 2011

_____
KENT J. DAWSON
United States District Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On September 15, 2011, I served the notice of **[PROPOSED] ORDER DETERMINING CLAIMS ON THE PROCEEDS FROM THE SALE OF REAL AND PERSONAL PROPERTY** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on September 15, 2011 at San Francisco, California.

/s/ Camilla Glover
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17876341.1

## SERVICE LIST

**The following CM/ECF participants were served by electronic means on September 15, 2011:**

| | |
|---|---|
| Adam H. Braun | adam@braunesquire.com |
| Harland W. Braun | harland@braunlaw.com, january@braunlaw.com |
| Gary Owen Caris | gcaris@mckennalong.com; pcoates@mckennalong.com |
| Nicholas D. Dickinson | nicholas.dickinson@usdoj.gov, melissa.taylor3@usdoj.gov, jackie.peltier@usdoj.gov |
| Lesley Anne Hawes | lhawes@mckennalong.com; pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Steven W. Myhre | steven.myhre@usdoj.gov, jean.j.umland@usdoj.gov |
| Kathryn C. Newman | kathryn.newman@usdoj.gov, william.foley@usdoj.gov, jackie.peltier@usdoj.gov, elaine.wollery@usdoj.gov |
| James A. Oronoz | jimoronoz@gmail.com, aliciaoronoz@gmail.com |
| Paul S. Padda | paul.padda@usdoj.gov, eunice.jones@usdoj.gov, judith.richardson@usdoj.gov, doriayn.olivarra@usdoj.gov, mary.booker@usdoj.gov |
| Roger W. Wenthe | roger.wenthe@usdoj.gov, mary.booker@usdoj.gov |

**The following non-CM/ECF participants were served by first-class mail, postage prepaid on September 15, 2011:**

William S. Baker, Esq.
P.O. Box 429
133 State Street
Montpelier, VT 05601

Will Baker
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001

Bank of America
Customer Service
CA6-919-01-41
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America
c/o Alliance One
POB 3101
Southeastern, PA 19398-3101

| | | |
|---|---|---|
| 1 | Bank of America<br>POB 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>c/o First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| 4 | Bank of America<br>Home Equity Loan Servicing<br>PTX-B-HELOX-Payoff<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Bournes Inc<br>POB 547<br>Morrisville, VT 05661-0547 |
| 7 | Chimney Works, Inc.<br>POB 33<br>Plainfield, VT 05667-0033 | Countrywide Home Loans, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| 11 | Countrywide Home Loans<br>POB 660625<br>Dallas, TX 75266-0625 | Countrywide Home Loans, Inc.<br>Bankruptcy Department<br>7105 Corporate Drive<br>Mail Stop PTX-C-35<br>Plano, TX 75024-4100 |
| 14 | Deborah MK Kolvan<br>Bank of America Legal Dept.<br>CA5-704-04-19<br>315 Montgomery Street, 4th Floor<br>San Francisco, CA 94104 | Legal Division<br>Indiana Department of Revenue MS102<br>100 North Senate Avenue, Room N248<br>Indianapolis, IN 46204 |
| 17 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204-2273 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204-2273 |
| 20 | Internal Revenue Service<br>300 N Los Angeles Street<br>Mail Stop 5117<br>Los Angeles, CA 90012 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| 23 | Ultramar Energy, Inc.<br>512 Brooklyn St<br>Morrisville, VT 05661-8512 | Vermont Department of Taxes<br>133 State Street<br>P.O. Box 429<br>Montpelier, VT 05601-0429 |
| 26 | Vermont Dept. of Taxes<br>P.O. Box 429<br>Montpelier, VT 05601-0429 | |

McKenna Long &<br>Aldridge LLP<br>Attorneys At Law<br>Los Angeles

3

LA:17876341.1

**The following non-CM/ECF participant was served by electronic mail on September 15, 2011:**

    Deborah Lea Richards
    E-mail: deborah.lea.richards@bankofamerica.com