UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD J. AWAND and<br>LINDA M. AWAND,<br><br>Defendants. | 2:08-cr-00108-KJD-LRL |

### ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 PM on **June 26, 2017** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. Counsel was notified via Minute Order on **June 5, 2017** that their exhibits could be retrieved. If exhibits are not retrieved by counsel prior to **June 26, 2017**, the Clerk is authorized to destroy said exhibits on **June 27, 2017.**

Dated: June 12, 2017

U.S. DISTRICT JUDGE

Plaintiff's Exhibits received by: Beth Trombly – U.S. Attorney's office

Defendants' Exhibits received by: _____

**PLEASE PRINT NAME:** Beth Trombly    Date: 6/13/17

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — JUL 1 1 2017 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: DEPUTY